■ In the Matter of VICTORIA S. a Person Alleged to be a Juvenile Delinquent, Appellant. [746 NYS2d 264] █

As in *Matter of Asia H.* (289 AD2d 404) and *Matter of Jasmine A.* (284 AD2d 452), the Family Court "bootstrapped" a PINS proceeding into a juvenile delinquency proceeding through the improper employment of its contempt power to punish the appellant for her failure to comply with one of its orders (*see Matter of Edwin G.,* 296 AD2d 7; *Matter of Naquan J.,* 284 AD2d 1). As this Court has previously noted, such a practice is not permitted under the Family Court Act as it is presently structured (*see Matter of Asia H., supra* at 405; *Matter of Jasmine A., supra* at 453). Ritter, J.P., Feuerstein, Smith and Adams, JJ., concur.